UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
       Plaintiff

              v.                                              CR. 05-111-01-SM

Gabriel Kanakis-Hines,
       Defendant

O R D E R

Defendant Kanakis-Hines' motion to continue the final pretrial conference and trial is granted (document no.9).  Defendant Kanakis-Hines has filed a Waiver of Speedy Trial.  Trial has been rescheduled for the month of January 2006.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 16, 2005 at 9:30 a.m. in Room 421.

Jury selection will take place on January 4, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 20, 2005

cc: Jeffrey S. Levin, Esq.
    Don Feith, AUSA
    U.S. Marshal
    U.S. Probation