UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                    Case No.  05-cr-111-01-SM

Gabriel Kanakis-Hines

## O R D E R

Defendant Hines' motion to continue the final pretrial conference and trial is granted (document 13). Trial has been rescheduled for the March 2006 trial period. Defendant Hines shall file a waiver of speedy trial rights not later than December 27, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  February 23, 2006 at 3:00 p.m.

    **Jury Selection**:  March 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 19, 2005

cc: Jeffrey Levin, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal